FILED
AUG 0 9 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. **W11CR202** |
| Plaintiff, | * | |
| | * | **INDICTMENT** |
| V. | * | |
| | * | [VIO: 21 U.S.C. 841(a)(1) & 841(b)(1)(C) – |
| JOHN THOMAS TAYLOR, | * | Distribution of "Crack" Cocaine, a Schedule II |
| | * | Narcotic Drug Controlled Substance] |
| Defendant. | * | |

THE GRAND JURY CHARGES:

On or about May 4, 2011, in the Western District of Texas, Defendant,

**JOHN THOMAS TAYLOR,**

unlawfully, knowingly, and intentionally did distribute a controlled substance, which offense involved a mixture or substance containing cocaine base, also known as "crack" cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL:

SEALED DOCUMENT PURSUANT
TO E-GOVERNMENT ACT OF 2002
_____
FOREPERSON

JOHN E. MURPHY
United States Attorney

By: _____
    MARK L. FRAZIER
    Assistant United States Attorney

SEALED __X__
UNSEALED____

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

DATE: __08-09-2011__   MAG CT. #_____   CASE NO. **W11CR202**
COUNTY: __ROBERTSON__

JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY _____MARK L. FRAZIER_____

DEFENDANT: __JOHN THOMAS TAYLOR__   DOB: __[REDACTED]__

CITIZENSHIP:   United States __X__   Mexican ____   Other _____
INTERPRETER NEEDED: Yes ____   No __X__   Language _____

DEFENSE ATTORNEY: _____

DEFENDANT IS:   In Jail __NO__   WHERE: _____
                On Bond __NO__

PROSECUTION BY:   INFORMATION ____   INDICTMENT __X__

OFFENSE: (Code & Description) __21 U.S.C. 841(a)(1) & 841(b)(1)(C) – Distribution of "Crack" Cocaine, a Schedule II Narcotic Drug Controlled Substance__

OFFENSE IS:   FELONY __X__   MISDEMEANOR _____

MAXIMUM SENTENCE: __Not more than 20 years custody; $1,000,000 fine; $100 special assessment; at least 3 years TSR__

PENALTY IS MANDATORY:   YES concerning:
                        Special Assessment and TSR

REMARKS: __[REDACTED] TX DPS__