AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) FTD# 2144292 |
| JOHN THOMAS TAYLOR | ) Case No. W-11-CR-202 |
| Defendant | |

**FILED**
AUG 17 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

2011 AUG 10 PM 6:06
WESTERN DISTRICT OF TEXAS
WACO TEXAS
UNITED STATES MARSHALS SERVICE

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **JOHN THOMAS TAYLOR**

who is accused of an offense or violation based upon the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1 and 2: 21 U.S.C. 841(a)(1) & 841(b)(1)(C) - Distribution of "Crack" Cocaine, a Schedule II Narcotic Drug Controlled Substance

WILLIAM G. PUTNICKI
Name of Issuing Officer

By: _[signature]_
Deputy Clerk

Clerk, U.S. District Court
Title of Issuing Officer

August 9, 2011  Waco, TX
Date and Location

Bail fixed at $ ____NO BOND____

by Walter S. Smith, Jr., U.S. District Judge
Name of Judicial Officer

### RETURN

This warrant was received on (date) 8/10/2011, and the person was arrested on (date) 8/15/2011
at (city and state) Calvert, TX

Date: 8/16/2011

_[signature]_
Arresting officer's signature

Joe Brays, USM
Printed name and title